

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00283-CV

**WILLIE ATKINS,**

                                  **Appellant**

 **v.**

**ROBERT HERRERA, ET AL.**

                                  **Appellee**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 26498**

### No. 10-13-00284-CV

**WILLIE ATKINS,**

                                  **Appellant**

 **v.**

**BRAD LIVINGSTON, ET AL.**

                                  **Appellee**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 26530**

## ORDER ON REHEARING

Appellant's motions for rehearing in these two appeals are granted. The Court's memorandum opinion and judgments, dated October 3, 2013, are withdrawn, and these appeals are reinstated.

Appellant's brief in each appeal is due within 30 days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed February 6, 2014
Do not publish